

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00712-CR

Lisa Ann **ESCOBEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 565471
Honorable Crystal D. Chandler, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 19, 2019.

_____
Beth Watkins, Justice